IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



UNITED STATES OF AMERICA,

Plaintiff,

vs.

BILL GREGORY HENMAN,

Defendant.

CR 18-80-BLG-SPW

ORDER

This order refers Defendant's Motion to Schedule Hearing for Change Plea (Doc. 23), pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 59(a), Fed. R. Crim. P., to United States Magistrate Judge Timothy J. Cavan for purposes of scheduling and conducting the change of plea hearing.

IT IS FURTHER ORDERED that the trial set for June 24, 2019 is **VACATED.**

DATED this 11th day of June, 2019.

SUSAN P. WATTERS
United States District Judge

1